**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO WALSH, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>                  Defendant. | Case No. 5:25-cv-01601-SVK<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the voluntarily dismissal of all of Plaintiff's claims in this action with prejudice. All parties shall bear their own attorneys' fees and costs.

Dated: February 25, 2026

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier
  seth@gutridesafier.com

*Attorneys for Plaintiff*

**SKADDEN, ARPS,**
  **SLATE, MEAGHER & FLOM LLP**

*/s/Jason D. Russell/s/*
Jason D. Russell
  Jason.Russell@skadden.com

*Attorneys for Defendant*